THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,                                    Case No.  C 10-770 JCS

      Plaintiff,                                    STIPULATION OF DISMISSAL; ORDER

v.

JAMES and LINDA CHUNG,

      Defendant.
_____/

      The parties hereto stipulate as follows:

      The parties have reached a full and final settlement of all issues in this action.  A

Settlement Agreement between the parties has been fully executed.

      Some parts of the Settlement Agreement are to be performed in the future.  The parties

shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

if fully set forth.  The parties request the Court to retain jurisdiction for one year from the date

hereof in order to enforce the terms of the Settlement Agreement under the authority of

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

      Although the parties are hereby dismissing this action with prejudice, they agree that

the Court will retain jurisdiction over this action and the parties hereto in order to be able to

C 10-770 JCS                                    1

enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

Date:   June 8, 2010                       Date:  June 9, 2010


S/Anthony S. Leung,                        S/Thomas N. Stewart, III,
Attorney for Defendants                    Attorney for Plaintiff


IT IS SO ORDERED:



Date:   June 9, 2010

Judge Joseph C. Spero